UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JEFFREY ALLEN ROWE,                    )
                                       )
                   Plaintiff,          )
       vs.                             )    1:11-cv-524-JMS-MJD
                                       )
ALAN FINNAN, et al.,                   )
                                       )
                   Defendants.         )

**Entry Discussing Plaintiff's Motion to Relinquish Jurisdiction**

The plaintiff=s motion to relinquish jurisdiction is treated as a motion to remand, and finding the motion fully briefed, the court now makes its ruling.

Section 1447(c) of Title 28 provides that a "case" removed from state court "shall be remanded" "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction."

The plaintiff's argument for remand is foreclosed by *Wisconsin Department of Corrections v. Schacht*, 524 U.S. 381 (1998). In *Schacht,* the Supreme Court held that § 1447(c) did not require a district court to relinquish its removal jurisdiction over a case with multiple claims once it determined that one of the claims was barred by the Eleventh Amendment. *Id*. at 392. Because "[a]n ordinary reading of the language indicates that [§ 1447(c)] refers to an instance in which a federal court 'lacks subject matter jurisdiction' over a 'case,' and not simply over one claim within a case," § 1447(c) does not require remand of the entire case in these circumstances. *Id*. (quoting 28 U.S.C. § 1447(c)). The federal court may hear the claims for which federal jurisdiction exists.

Based on the foregoing, therefore, the plaintiff=s motion to relinquish jurisdiction to Madison Circuit Court [8] is **denied.**

**IT IS SO ORDERED.**

Date: 06/23/2011

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Wade J. Hornbacher
wade.hornbacher@atg.in.gov

David A. Arthur
David.Arthur@atg.in.gov

Jeffrey Allen Rowe
DOC #116017
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064